| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | MANJINDER SINGH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-0138 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR TEMPORARY RELEASE |
| | ) | OF PASSPORT; ORDER |
| v. | ) | |
| | ) | |
| MANJINDER SINGH, | ) | |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated, by and between the parties to this action:

On May 18, 2007, as a condition of release in the above-entitled action, Mr. Singh was ordered to surrender possession of his Indian passport to the Clerk of the Court. (Dkt. #5). The passport was surrendered by Mr. Singh and received by the Court on May 18, 2007. (Dkt. #9).

Mr. Singh needs to take the passport to the Indian Embassy in order to complete an affidavit for issuance of his son's passport so that his wife and child can travel from India to the United States. The applications are only accepted between 9 and noon on Monday through Friday, and the passport is returned from 4 to 4:45 p.m. after being given to the Consulate General of India, 540 Arguello Blvd., San Francisco, California.

Mr. Singh would like to pick up his passport January 3, 2008, and will return it to the court on Monday morning, January 7, 2008.

Mr. Singh hereby requests a written order for the return of his passport to be returned to the court

on January 7, 2008 before noon.

Mr. Singh's pretrial service officer, Paul Mamaril, in Oakland, CA is aware of this, as is the local pre-trial services officer, Jacob Scott.

Dated: January 2, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
MANJINDER SINGH

Dated: January 2, 2008

SCOTT W. McGREGOR
United States Attorney

 /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the Clerk's Office immediately return to Manjinder Singh the passport which was surrendered by him in this case on May 18, 2007 (Docket Item No. 9), as a condition of his pretrial release. The passport is to be provided to Mr. Singh January 3, 2008, and he will return it on Monday, January 7, 2008 to the Court Clerk. The passport is to be used for no reason other than the reason given in the stipulation.

IT IS SO ORDERED.

**Dated:   January 3, 2008**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE