DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANJINDER SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:07-cr-0138 LJO |
|---|---|
| Plaintiff, | ) STIPULATION FOR RELEASE OF COPIES OF ) PASSPORTS; ORDER |
| v. | ) |
| MANJINDER SINGH, | ) |
| Defendant. | ) Judge: Hon. Lawrence J. O'Neill |

It is hereby stipulated, by and between the parties to this action:

On May 18, 2007, as a condition of release in the above-entitled action, Mr. Singh was ordered to surrender possession of his Indian passport to the Clerk of the Court. (Dkt. #5). The passport was surrendered by Mr. Singh and received by the Court on May 18, 2007. (Dkt. #9).

Mr. Singh needs to take a copy of his old and new passports to complete affidavits for travel permits so that his wife and child can travel from India to the United States.

Mr. Singh would like to pick up copies of his passports June 30, 2008.

///
///
///
///
///

Dated: June 30, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
MANJINDER SINGH

Dated: June 30, 2008

SCOTT W. McGREGOR
United States Attorney

/s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney

## ORDER

**IT IS HEREBY ORDERED** that the Clerk's Office immediately provide to Manjinder Singh copies of his passports which were surrendered by him in this case on May 18, 2007 (Docket Item No. 9), as a condition of his pretrial release. The copy of the passports are to be provided to Mr. Singh June 30, 2008.

IT IS SO ORDERED.

**Dated:  June 30, 2008**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE