DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANJINDER PAL SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00138 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING; |
| | ) | ORDER |
| v. | ) | |
| | ) | DATE: January 9, 2009 |
| MANJINDER PAL SINGH, | ) | TIME: 8:30 a.m. |
| | ) | JUDGE: Hon. Lawrence J. O'Neill |
| Defendants. | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

counsel, that sentencing hearing currently set for December 5, 2008, shall be continued to **January 9,**

**2009, at 8:30 a.m.**

The reason for the continuance is to permit review and completion of objections, letters and other

information to assist the court. It is anticipated, too, that Mr. Singh will request self-surrender to the

institution at the time of sentencing.

///

///

///

///

///

The parties agree that the delay resulting from the continuance of sentencing shall be excluded in the interests of justice. All terms and conditions of release shall remain in full force and effect.

McGREGOR W. SCOTT
United States Attorney

DATED:  November 20, 2008          By /s/ Elana S. Landau
ELANA S. LANDAU
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED:  November 20, 2008          By /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Manjinder Pal Singh

**ORDER**

GOOD CAUSE EXISTS.  TIME IS EXCLUDED PURSUANT TO THE STIPULATION.

IT IS SO ORDERED.

**Dated:   November 21, 2008**          _____/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT JUDGE