DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANJINDER PAL SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MANJINDER PAL SINGH,<br><br>        Defendants. | NO. 1:07-cr-00138 LJO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE:    February 20, 2009<br>TIME:    8:30 a.m.<br>JUDGE:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that sentencing hearing currently set for January 9, 2009, shall be continued to **February 20, 2009, at 8:30 a.m.**

The reason for the continuance is because counsel for defendant Singh filed objections yesterday and the prosecutor has not had time to review those objections before sentencing this Friday. Additionally, client faxed, today, thirteen more letters for the court's consideration. It is anticipated, too, that Mr. Singh will request self-surrender to the institution at the time of sentencing.

///

///

///

///

The parties agree that the delay resulting from the continuance of sentencing shall be excluded in the interests of justice. All terms and conditions of release shall remain in full force and effect.

McGREGOR W. SCOTT
United States Attorney

DATED: January 7, 2009   By /s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 7, 2009   By /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Manjinder Pal Singh

**ORDER**

Good Cause exists for the requested continuance.

IT IS SO ORDERED.

**Dated:　January 7, 2009**　　　/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE