| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | MANJINDER SINGH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-0138 LJO |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR ORDER FOR RETURN |
| | ) | OF PASSPORT; ORDER |
| v. | ) | |
| | ) | |
| MANJINDER SINGH, | ) | |
| | ) | Judge : Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |

Defendant Manjinder Singh, through counsel Ann H. Voris, Assistant Federal Defender, hereby moves the court for an order for the return of Mr. Singh's passport in the above-captioned case. This Court sentenced Mr. Singh on February 19, 2009 to six months and Mr. Singh's passport had surrendered his passport to the Court pending determination of his action. The court exonerated the bond, but did not release the passport.

///
///
///
///
///
///

It is respectfully requested that the passport be returned to the Office of the Federal Defender for return to the client upon his release.

Dated: June 8, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Manjinder Singh

## O R D E R

Mr. Singh's passport is to be returned to the Office of the Federal Defender for return to Mr. Singh.

IT IS SO ORDERED.

**Dated: June 9, 2009**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE