```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MANJINDER SINGH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:07-cr-0138 LJO |
|---|---|
| Plaintiff, | ) **AMENDED** APPLICATION FOR ORDER FOR |
| | ) RETURN OF PASSPORT;  ORDER |
| v. | ) |
| MANJINDER SINGH, | ) |
| | ) Judge : Hon. Lawrence J. O'Neill |
| Defendant. | ) |

Defendant Manjinder Singh, through counsel Ann H. Voris, Assistant Federal Defender, hereby moves the court for an order for the return of Mr. Singh's passport in the above-captioned case. This Court sentenced Mr. Singh on February 19, 2009 to six months and Mr. Singh surrendered his passport to the Court permitting its release several times pending determination of his action. Mr. Singh has reported for his sentence. The passport numbers are N405761 and E1450892

///
///
///
///
///
///

| | |
|---|---|
|1| It is respectfully requested that the passport be returned to the Office of the Federal Defender for |
|2| return to the client upon his release. |
|3| Dated: June 15, 2009 |

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/  Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Manjinder Singh

## **O R D E R**

Mr. Singh's passport is to be returned to the Office of the Federal Defender for return to Mr. Singh.

IT IS SO ORDERED.

**Dated:   June 15, 2009**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE